STATE OF CONNECTICUT *v.* THOMAS ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 467 (AC 17616), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Judith Rossi*, senior assistant state's attorney, in opposition.

Decided November 18, 1998

THOMAS J. JEFFREYS *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

The plaintiff's petition for certification for appeal from the Appellate Court (AC 18266) is denied.

*Thomas J. Jeffreys*, pro se, in support of the petition.

Decided November 18, 1998